OPINION — AG — **** SCHOLARSHIP FUNDS NOT SUBJECT TO GENERAL FUND FEES **** ALL MONEYS RECEIVED FROM FEDERAL, STATE, COUNTY OR PRIVATE FUNDS, GRANTS, OR APPROPRIATIONS WHICH SHALL BE USED TO AWARD SCHOLARSHIPS TO QUALIFIED PERSONS TO STUDY CHIROPRACTIC IN AN APPROVED COLLEGE PURSUANT TO 59 O.S. 1972 Supp., 170 [59-170] ARE NOT SUBJECT TO THE TEN PERCENT ASSESSMENT REQUIRED OF STATE BOARDS PURSUANT TO 62 O.S. 1971 211 [62-211] (JAMES H. GRAY)